# Third District Court of Appeal
## State of Florida

Opinion filed February 21, 2024.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1127
Lower Tribunal No. 18-35629
————————————

**Harber A. Sanchez Camejo**,
Appellant,

vs.

**City of Miami, etc., et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Twig, Trade, & Tribunal, PLLC and Morgan L. Weinstein (Fort Lauderdale), for appellant.

Victoria Méndez, City Attorney, and Eric J. Eves, Senior Appellate Counsel, for appellee City of Miami.

Before LOGUE, C.J., and FERNANDEZ and GORDO, JJ.

PER CURIAM.

Affirmed.